THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Jarmise Lamar Cathcart, Appellant.
 
 
 

Appeal From York County
 John C. Hayes III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-446
Submitted July 7, 2004  Filed August 
 25, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of the Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and  Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Jarmise Lamar Cathcart pled 
 guilty to grand larceny, failure to stop for a law enforcement vehicle, and 
 possession of a stolen vehicle.  He was sentenced to concurrent sentences of 
 six years on the possession of a stolen vehicle and grand larceny charges, and 
 three years for the failure to stop for a law enforcement vehicle charge.  Cathcart 
 appeals, arguing his guilty plea did not comply with the mandates set forth 
 in Boykin v. Alabama, 395 U.S. 238 (1969).  
Pursuant to Anders v. California, 386 U.S. 
 738 (1967), Cathcarts counsel attached a petition to be relieved, stating she 
 has reviewed the record and concluded the appeal lacks merit.  Cathcart filed 
 a pro se response which we have considered.  After a thorough 
 review of the record pursuant to Anders and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 petition to be relieved.
 APPEAL DISMISSED. [1] 
 
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

 
 
 [1]        We decide this case without oral argument pursuant to Rule 
 215, SCACR.